# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JEFFREY D. HART**  **PLAINTIFF**
**ADC #155857**

**VS.**  **No. 4:20-CV-01126-BRW**

**DEXTER PAYNE,**
**Director, ADC,** *et al.*  **DEFENDANTS**

## ORDER

Jeffrey D. Hart's motion to voluntarily dismiss this case is GRANTED, and this case is DISMISSED WITHOUT PREJUDICE.[1]  I certify that an *in forma pauperis* appeal from this Order would not be taken in good faith.[2]

IT IS SO ORDERED this 13th day of October, 2020.

BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 3.

[2] 28 U.S.C. § 1915(a)(3).