IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JEFFREY D. HART**  **PLAINTIFF**
**ADC #155857**

VS.  No. 4:20-CV-01126-BRW

**DEXTER PAYNE,**
**Director, ADC,** *et al.*  **DEFENDANTS**

## JUDGMENT

Based on the Order entered today, this case is dismissed without prejudice. I certify that an *in forma pauperis* appeal would not be taken in good faith.[3]

IT IS SO ORDERED this 13th day of October, 2020.

BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE

---

[3] 28 U.S.C. § 1915(a)(3).